UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

─────────────────────────────────────────────────────────────

JERMAINE TOUSSAINT BOLLING,

                  Plaintiff,

v.                                                   Case No. 18-cv-703-pp

STATE OF WISCONSIN, *et al.*,

                  Defendants.

─────────────────────────────────────────────────────────────

**DECISION AND ORDER GRANTING THE PLAINTIFF'S MOTION FOR RECONSIDERATION OF FILING FEE (DKT. NO. 7)**

─────────────────────────────────────────────────────────────

On June 12, 2018, the court denied the plaintiff's motion for leave to proceed without prepayment of the filing fee, and ordered that if he wanted to go forward with the case, he had to pay the full $400 fee on or before July 27, 2018. Dkt. No. 6. The plaintiff has filed a "motion for reconsideration of the filing fee." Dkt. No. 7. He asks the court to allow him to pay the fee in increments of $100 per month. Id. He explains that he has made some budgetary adjustments to his $833.00 monthly wages (including loss of $192.00 a month in "food shares" and setting up a "payment plan" to pay back a college grant), and that he will be able to save $100 each month between July and October. Id. The court will grant the plaintiff's request, and extend the payment deadline to **October 5, 2018**.

The court **GRANTS** the plaintiff's motion for reconsideration of filing fee. Dkt. No. 7. The court **ORDERS** that the deadline for the plaintiff to pay the **$400** civil case filing fee is **EXTENDED** to the end of the day on **October 5,**

1

**2018**. If the court has not received the entire $400 filing fee by the end of the day on October 5, 2018, the court will dismiss the case on the next business day without further notice or hearing.

Dated in Milwaukee, Wisconsin this 6th day of July, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**